# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                          CASE NO. 8:03-CR-18-T-17-TGW

SHAUN EARL WILLIAMS
_____/

## ORDER

This cause comes before the Court *sua sponte*. The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 54 and 52 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). All responses agree that the defendant is not eligible for a reduction in sentence based on the amended guidelines. Accordingly, it is.

**ORDERED** that the interpolated motion for modification of sentence, based on the retroactive application of revised cocaine base sentencing guidelines be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 25th day of August, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record